1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8
9 | Christopher James Havlick, | No. CV-16-00284-TUC-LCK |

Plaintiff,                    **ORDER**

v.

Carolyn W. Colvin,

Defendant.

Pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis.

Good Cause Appearing,

**IT IS ORDERED** that the Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**, without prepayment of costs or fees or the necessity of giving security therefore. Plaintiff shall be responsible for service of the summons and complaint.


Dated this 23rd day of May, 2016.



Honorable Lynnette C. Kimmins
United States Magistrate Judge